# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SHELBY COUNTY, ALABAMA,** *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>**3M COMPANY,** *et al.*,<br>    Defendants. | Case No. 1:25-cv-112-CLM |

## ORDER

  Defendant Auto Custom Carpets Inc. moves for summary judgment as to all claims asserted by the Plaintiffs. (Doc. 11). Given that this case is presently stayed, (*see* doc. 14), Defendant Auto Custom Carpets Inc. motion for summary judgment, (doc. 11), is **DENIED AS PREMATURE**. Defendant Auto Custom Carpets Inc. may reraise its motion pending the Eleventh Circuit's decision in *The Town of Pine Hill, Alabama v. 3M Company*, 25-10746.

  **DONE** and **ORDERED** on September 4, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE